UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:22-00143 SVW (ADS)                              Date:  September 14, 2023

Title:  *DeNiz v. Guiang, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):              Attorney(s) Present for Defendant(s):
None Present                                                      None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On August 16, 2023, the Court issued a briefing schedule regarding a pending motion to dismiss in this case.  (Dkt. No. 35.)  The Court informed plaintiff Miguel DeNiz ("Plaintiff") that failure to oppose the motion to dismiss might result in a "recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."  (Id.)  Plaintiff was ordered to respond no later than August 30, 2023.  (Id.)  Plaintiff did not respond.  This follows a previous order to show cause to which Plaintiff has failed to respond.  (Dkt. No. 33.)

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**.  Plaintiff must file a written response by no later than September 28, 2023.  Plaintiff may respond to this Order to Show Cause by (a) responding to the Court's July 14, 2023, order; or (b) filing an opposition to the pending motion to dismiss.  (Dkt. No. 34.)

**Plaintiff is expressly cautioned that failure to comply with this Order will result in the dismissal of this action for failure to prosecute and failure**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:22-00143 SVW (ADS)                                              Date:  September 14, 2023

Title:  *DeNiz v. Guiang, et al.*

**to comply with court orders under Federal Rule of Civil Procedure 41(b).**

        **IT IS SO ORDERED.**

Initials of Clerk kh