JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DENIZ, | Case No. 2:22-00143 SVW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CAMILO GUIANG, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Obey Court Orders, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: November 8, 2023

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge